UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: Making A Difference Day Care Inc. | CASE NO: 20-40889<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 8/20/2020, I did cause a copy of the following documents, described below,

Notice of Settlement of Dismissal Order

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/20/2020

/s/ Norma Ortiz
Norma Ortiz  2206530
Ortiz & Ortiz, LLP
3272 Steinway Street
Astoria, NY  11103
718 522 1117

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:  Making A Difference Day Care Inc. | CASE NO: 20-40889 |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 11 |

On 8/20/2020, a copy of the following documents, described below,

Notice of Settlement of Dismissal Order

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/20/2020

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Norma Ortiz
Ortiz & Ortiz, LLP
3272 Steinway Street
Astoria, NY  11103

```
Case 1-20-40889-ess    Doc 23    Filed 08/20/20    Entered 08/20/20 14:29:11
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
DONNA REID                            GRANT GLOBAL DEVELOPMENT INC.          KABBAGE INC.
306 GRAFTON ST.                       C/O ORTIZ & ORTIZ LLP                  PO BOX 77081
BROOKLYN NY 11212-4006                32-72 STEINWAY STREET STE. 402         ATLANTA GA 30357-1081
                                      ASTORIA NY 11103-4183


NYS TAX & FINANCE                     NICOLE BRAMBLE                         CHARLES WERTMAN
BANKRUPTCY SECTION                    669 ROCKAWAY PKWY                      LAW OFFICES OF CHARLES WERTMAN P.C.
PO BOX 5300                           BROOKLYN NY 11236-1454                 100 MERRICK ROAD
ALBANY NY 12205-0300                                                         SUITE 304W
                                                                             ROCKVILLE CENTRE NY 11570-4807


GRANT GLOBAL DEVELOPMENT INC.         CRYSTAL WILLIAMS                       FELECIA JOHNSON
C/O ORTIZ & ORTIZ LLP                 11909 LONG ST                          KATZ MELINGER PLLC
3272 STEINWAY STREET                  JAMAICA NY 11434-2127                  280 MADISON AVENUE SUITE 600
STE 402                                                                      NEW YORK NY 10016-0830
ASTORIA NY 11103-4183


GRANT GLOBAL DEVELOPMENT              KATZ MELINGER PLLC                     NEW YORK STATE DEPARTMENT OF LABOR
YVONNE E. GARDENER P.C.               ADAM SACKOWITZ                         STATE OFFICE BUILDING CAMPUS
261 E 57TH ST.                        280 MADISON AVENUE SUITE 600           BUILDING 12 - ROOM 266A
BROOKLYN NY 11203-4801                NEW YORK NY 10016-0830                 ALBANY NY 12240-0001


NICOLE BRAMBLE                        MAKING A DIFFERENCE DAYCARE INC.       DEBRA MORGAN
C/O ROSENBERG MUSSO & WEINER LLP      669 ROCKAWAY PKWY                      156 E 89TH ST.
26 COURT STREET SUITE 2211            BROOKLYN NY 11236-1454                 BROOKLYN NY 11236-1234
BROOKLYN NEW YORK 11242-1122


FELICIA JOHNSON                       INTERNAL REVENUE SERVICE               NYS DEPARTMENT OF LABOR
KATZ MELINGER PLLC                    CENTRALIZED INSOLVENCY OP              WA HARRIMAN CAMPUS
280 MADISON AVE RM 600                PO BOX 7346                            BLDG 12 ROOM 256
NEW YORK NY 10016-0830                PHILADELPHIA PA 19101-7346             ALBANY NY 12240-0001


NEW YORK STATE DEPARTMENT OF TAXATION  OFFICE OF THE UNITED STATES TRUSTEE
& FINA                                 EASTERN DISTRICT OF NY (BROOKLYN
BANKRUPTCY SECTION                     OFFICE)
P O BOX 5300                           U.S. FEDERAL OFFICE BUILDING
ALBANY NEW YORK 12205-0300             201 VARICK STREET SUITE 1006
                                       NEW YORK NY 10014-4811
```